AKA
x9741

LAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No.  '23 MJ00152 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, U.S.C. § 1326 Deported Alien |
| | ) | Found In The United States |
| Isaac Leonar SANCHEZ-Cervantes, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about January 13, 2023, within the Southern District of California, defendant, Isaac Leonar SANCHEZ-Cervantes, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 17, 2023.

HON. DAVID D. LESHNER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Isaac Leonar SANCHEZ-Cervantes

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 13, 2023, Supervisory Border Patrol Agent M. Owens was performing assigned duties in the Brown Field Border Patrol station's area of responsibility.

At approximately 3:30 AM, Agent Owens responded to a digital intrusion device activation in an area known to Border Patrol Agents as "Little Tecate Peak." At approximately 4:15 AM, Border Patrol Agent J. Torres who was operating a Mobile Surveillance Capabilities scope, notified agents that he observed several individuals in some brush just northwest of Little Tecate Peak. Agent Owens responded to the area, and after a brief search, Agent Owens observed an individual attempting to conceal himself in thick bushes. This area is located approximately seven miles west of the Tecate, California Port of Entry, and one mile north of the United States/Mexico International Boundary. Agent Owens identified himself as a Border Patrol Agent and conducted an immigration inspection. The individual, later identified as the defendant, Isaac Leonar SANCHEZ-Cervantes, stated that he is a citizen and national of Mexico without any immigration documents allowing him to enter or remain in the United States legally. At approximately 4:30 AM, Agent Owens placed SANCHEZ under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on January 12, 2023, with an intended destination of Dallas, Texas.

**CONTINUATION OF COMPLAINT:**
Isaac Leonar SANCHEZ-Cervantes

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on March 8, 2022 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on January 14, 2023 at 10:00 AM.**

Shawna M. Wilson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 13, 2023, in violation of 8 USC 1326.

DAVID D. LESHNER
United States Magistrate Judge

January 14, 2023, at 10:58 am
Date/Time